# ALABAMA COURT OF CRIMINAL APPEALS



November 22, 2024

**CR-21-0383**

Byron Keith Shirey v. State of Alabama (Appeal from Jackson Circuit Court: CC-19-945)

## <u>NOTICE</u>

You are hereby notified that on November 22, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk